UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ETHEL KELLOGG,                )<br>                                              )<br>            Plaintiff              )<br>                                              )<br>        v.                               )<br>                                              )<br>WYETH, Individually and as      )<br>Successor-In-Interest to A.H. ROBINS )<br>COMPANY, INC. and AMERICAN HOME )<br>PRODUCTS CORPORATION; SCHWARZ )<br>PHARMA, INC.; ACTAVIS, INC.;    )<br>ACTAVIS-ELIZABETH, L.L.C.;      )<br>ALPHARMA, INC.; PUREPAC        )<br>PHARMACEUTICAL COMPANY, INC.;  )<br>TEVA PHARMACEUTICALS, USA, INC.; )<br>BARR PHARMACEUTICALS, INC.;    )<br>PLIVA, INC.; and DRUG COMPANY  )<br>DOES 1 THROUGH 10, inclusive,    )<br>                                              )<br>            Defendants           ) | Case No. 2:07-cv-00082 |

**STIPULATED JOINT MOTION TO AMEND DISCOVERY SCHEDULE/ORDER**

The parties met for Early Neutral Evaluation on December 10, 2009. Plaintiff and Defendant Teva Pharmaceuticals, USA, Inc. reached agreement to resolve this matter and Teva will be voluntarily dismissed.  All remaining parties, by and through their respective counsel, and pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 26.1(b)(6), hereby jointly move to amend the Discovery Schedule/Order deadlines as set forth in the following Motion.  In support, the parties state the following:

    1.    The parties worked diligently to complete written discovery such that they could proceed with depositions of key treating physicians, which were completed on Friday, November 20, 2009. Further, the deposition of Plaintiff is nearly completed.  Written discovery efforts to

946257.2

compile voluminous medical records of Plaintiff took longer than anticipated, which delayed the depositions of the treating physicians.

2.  Plaintiff submitted written discovery to defendants which resulted in responses which plaintiff found insufficient. Plaintiff and Wyeth have met and conferred in an effort to narrow discovery disputes and it is anticipated that Wyeth will provide some supplemental responses in a good faith attempt to resolve the dispute. Plaintiff also served a notice of deposition pursuant to FRCP 30(b)(6) on Wyeth and scheduled a deposition for December 14, 2009, before the non-expert witness discovery deadline under the current scheduling order. Wyeth objected to the deposition notice as overly broad. Counsel for Plaintiff and Wyeth have met and conferred in an effort to reach agreement on the scope of examination. Plaintiff and Wyeth have proposed a 75 day extension of all discovery deadlines, deadlines for dispositive motions and the trial readiness date, while they attempt to resolve their disagreements concerning the scope of discovery and to allow an opportunity to request assistance from the Court in the event they cannot fully resolve their differences. The remaining parties have agreed to the requested extension of deadlines.

3.  In light of the foregoing circumstances, Plaintiff was not be able to complete depositions of fact witnesses and parties before the current December 15, 2009 deadline and good cause exists to extend this and other deadlines in the existing Discovery Schedule/Order.

4.  The parties do not seek these extensions for purposes of delay or for any other improper purpose.  Pursuant to Local Rule 7.1(b), the parties have conferred and have come to agreement on the requested extensions.

WHEREFORE, the parties respectfully request that the Court grant this Motion and amend the Discovery Schedule/Order deadlines as follows:

    1.    Depositions of fact witnesses and Defendants shall be completed by March 2, 2010.

    2.    Plaintiff shall submit expert witness reports on or before March 24, 2010. Depositions of Plaintiff's expert witnesses shall be completed by April 30, 2010.

    3.    Defendants shall submit expert witness reports on or before May 14, 2010. Depositions of Defendants' expert witnesses shall be completed by June 29, 2010.

    4.    Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before June 29, 2010.

    5.    Trial ready date August 2, 2010.

| | | | |
|---|---|---|---|
| Dated: | Burlington, Vermont<br>December 18, 2009 | Dated: | Bellevue, Washington<br>December 18, 2009 |

*/s/ Jerome F. O'Neill*                  */s/ Ralph D. Pittle*
Jerome F. O'Neill, Esq.                 Ralph D. Pittle, Esq.
O'Neill Kellner & Green, P.C.        Medical Legal Consultants of Washington
84 Pine Street, P. O. Box 5359       1000 124th Avenue NE, Suite 202
Burlington, VT  05402-5359         Bellevue, WA 98005
(802) 865-4700                        (425) 644-4394
Fax: (802) 865-4778                rpittle@mlcofwa.com
joneill@okglawyers.com

Counsel for Plaintiff Ethel Kellogg      Counsel for Plaintiff Ethel Kellogg

- 4 -

| | | | |
|---|---|---|---|
| Dated: | Washington, D.C. | Dated: | Washington, D.C. |
| | December 18, 2009 | | December 18, 2009 |

/s/ Louis M. Bograd  
Louis M. Bograd, Esq.  
Center for Constitutional Litigation, P.C.  
777 6th Street, N.W., Suite 520  
Washington, DC 20001-3723  
(202) 944-2803  
Fax: (202) 965-0920  
lou.bograd@cclfirm.com  

Counsel for Plaintiff Ethel Kellogg

/s/ Leslie A. Brueckner  
Leslie A. Brueckner, Esq.  
Trial Lawyers for Public Justice, P.C.  
1825 K Street, N.W., Suite 200  
Washington, DC 20006  
(202) 797-8600  
Fax: (202) 232-7203  
lbrueckner@publicjustice.net  

Counsel for Plaintiff Ethel Kellogg

| | | | |
|---|---|---|---|
| Dated: | Burlington, Vermont | Dated: | Denver, Colorado |
| | December 18, 2009 | | December 18, 2009 |

/s/ Ross A. Feldmann  
Robert B. Hemley, Esq.  
Ross A. Feldmann, Esq.  
Gravel and Shea, A Professional Corporation  
76 St. Paul Street, 7th Floor, P. O. Box 369  
Burlington, VT  05402-0369  
(802) 658-0220  
Fax: (802) 658-1456  
rhemley@gravelshea.com  
rfeldmann@gravelshea.com  

Counsel for Defendant Wyeth

/s/ Jeff Pilkington  
Jeff Pilkington, Esq.  
Davis Graham & Stubbs LLP  
1550 Seventeenth Street, Suite 500  
Denver, Colorado 80202  
(303) 892-9400  
Fax: (303) 893-1379  
jeff.pilkington@dgslaw.com  

Counsel for Defendant Wyeth

| | |
|---|---|
| Dated:    Burlington, Vermont<br>           December 18, 2009 | Dated:    Cleveland, Ohio<br>           December 18, 2009 |
| /s/ Stephen J. Soule<br>Stephen J. Soule, Esq.<br>Paul Frank + Collins PC<br>1 Church Street, P.O. Box 1307<br>Burlington, VT 05402-1307<br>(802) 658-2311<br>Fax: (802) 658-0042<br>ssoule@pfclaw.com<br><br>Counsel for Defendants Actavis, Inc.; Actavis-Elizabeth, LLC; Alpharma, Inc.; and Purpac Pharmaceutical Company, Inc. | /s/ Richard A. Dean<br>Richard A. Dean, Esq.<br>Tucker Ellis & West<br>925 Euclid Avenue, Suite 1150<br>Cleveland, Ohio 44115<br>(216) 696-2137<br>Fax: (216) 592-5009<br>richard.dean@tuckerellis.com<br><br>Counsel for Defendants Actavis, Inc.; Actavis-Elizabeth, LLC; Alpharma, Inc.; and Purpac Pharmaceutical Company, Inc. |
| Dated:    Burlington, Vermont<br>           December 18, 2009 | Dated:    Boston, Massachusetts<br>           December 18, 2009 |
| /s/ Matthew S. Borick<br>Matthew S. Borick, Esq.<br>Downs Rachlin Martin PLLC<br>199 Main Street, P.O. Box 190<br>Burlington, VT 05402-0190<br>(802) 863-2375<br>Fax: (802) 862-7512<br>mborick@drm.com<br><br>Counsel for Defendant Teva Pharmaceuticals, USA, Inc. | /s/ Richard A. Oetheimer<br>Richard A. Oetheimer, Esq.<br>U. Gwyn Williams, Esq.<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1259<br>Fax: (617) 523-1231<br>roetheimer@goodwinprocter.com<br>gwilliams@goodwinprocter.com<br><br>Counsel for Defendant Teva Pharmaceuticals, USA, Inc. |

- 6 -

| | |
|---|---|
| Dated:   Burlington, Vermont<br>             December 18, 2009 | Dated:   Cincinnati, Ohio<br>             December 18, 2009 |

 /s/ John D. Monahan                              /s/ Thomas G. McIntosh
John D. Monahan, Jr., Esq.                     Joseph P. Thomas, Esq.
Dinse, Knapp & McAndrew, P.C.           Matthew V. Brammer, Esq.
209 Battery Street, P.O. Box 988           Thomas G. McIntosh, Esq.
Burlington, VT 05402-0190                    Ulmer & Berne LLP
(802) 864-5751                                        600 Vine Street, Suite 2800
Fax: (802) 864-1603                               Cincinnati, OH 45202
jmonahan@dinse.com                            (513) 698-5000
                                                                Fax: (513) 698-5001
Counsel for Defendants Barr Pharmaceuticals,   jthomas@ulmer.com
Inc. and Pliva, Inc.                                   mbrammer@ulmer.com
                                                                tmcintosh@ulmer.com

Counsel for Defendants Barr Pharmaceuticals,
Inc. and Pliva, Inc.