UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | | |
|---|---|---|
| ETHEL KELLOGG, | ) | |
| | ) | |
| Plaintiff | ) | Honorable William K. Sessions, III |
| | ) | |
| v. | ) | Docket No. 2:07-cv-00082 |
| | ) | |
| WYETH, Individually and as | ) | |
| Successor-In-Interest to A.H. ROBINS | ) | |
| COMPANY, INC. and AMERICAN HOME | ) | |
| PRODUCTS CORPORATION; SCHWARZ | ) | |
| PHARMA, INC.; ACTAVIS, INC.; | ) | |
| ACTAVIS-ELIZABETH, L.L.C.; | ) | |
| ALPHARMA, INC.; PUREPAC | ) | |
| PHARMACEUTICAL COMPANY, INC.; | ) | |
| TEVA PHARMACEUTICALS, USA, INC.; | ) | |
| BARR PHARMACEUTICALS, INC.; | ) | |
| PLIVA, INC.; and DRUG COMPANY | ) | |
| DOES 1 THROUGH 10, inclusive, | ) | |
| | ) | |
| Defendants | ) | |

JOINT MOTION TO AMEND DISCOVERY SCHEDULE/ORDER

The undersigned parties, by and through their respective counsel, and pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 26(a)(6), hereby jointly move to amend the Discovery Schedule/Order deadlines as set forth in the following Motion. In support, the parties state the following:

1.      In the Court's Minute Entry dated May 11, 2010, the Court granted in part Plaintiff's Motion to Amend the Discovery Schedule/Order, extending the discovery schedule by 60 days and ordering the parties to submit a revised discovery schedule accordingly.

2. The parties have discussed the time necessary to complete the remaining expert discovery, and an extension of more than 60 days is needed, particularly in light of the number of parties involved, the locations of the various experts who need to be deposed and the likely difficulties in scheduling depositions necessary throughout the summer.

3. Accordingly, the parties respectfully request an extension of more than 60 days in the discovery schedule.

4. The parties do not seek these extensions for purposes of delay or for any other improper purpose.

5. Pursuant to Local Rule 7.1(b), the parties have conferred and have come to agreement on the requested extensions.

WHEREFORE, the parties respectfully request that the Court grant this Motion and amend the Discovery Schedule/Order deadlines as follows:

1. Depositions of Plaintiff's expert witnesses shall be completed by ~~April 30, 2010~~ August 13, 2010.

2. Defendants shall submit expert reports by ~~May 14, 2010~~ August 30, 2010. Depositions of Defendants' expert witnesses shall be completed by ~~June 29, 2010~~ October 11, 2010.

3. Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before ~~June 29, 2010~~ October 11, 2010.

4. Trial ready date ~~August 2, 2010~~ December 15, 2010.

[SIGNATURES ON FOLLOWING PAGE.]

- 3 -

| | |
|---|---|
| Dated: Burlington, Vermont<br>May 28, 2010 | Dated: Bellevue, Washington<br>May 28, 2010 |

/s/ Jerome F. O'Neill
Jerome F. O'Neill, Esq.
O'Neill Kellner & Green, P.C.
84 Pine Street, P. O. Box 5359
Burlington, VT  05402-5359
(802) 865-4700
Fax: (802) 865-4778
joneill@okglawyers.com

Counsel for Plaintiff Ethel Kellogg

/s/ Ralph D. Pittle
Ralph D. Pittle, Esq.
Medical Legal Consultants of Washington
1000 124th Avenue NE, Suite 202
Bellevue, WA 98005
(425) 644-4394
rpittle@mlcofwa.com

Counsel for Plaintiff Ethel Kellogg

Dated: Washington, D.C.
May 28, 2010

Dated: Washington, D.C.
May 28, 2010

/s/ Leslie A. Brueckner
Leslie A. Brueckner, Esq.
Trial Lawyers for Public Justice, P.C.
1825 K Street, N.W., Suite 200
Washington, DC 20006
(202) 797-8600
Fax: (202) 232-7203
lbrueckner@publicjustice.net

Counsel for Plaintiff Ethel Kellogg

/s/ Louis M. Bograd
Louis M. Bograd, Esq.
Center for Constitutional Litigation, P.C.
777 6th Street, N.W., Suite 520
Washington, DC 20001-3723
(202) 944-2803
Fax: (202) 965-0920
lou.bograd@cclfirm.com

Counsel for Plaintiff Ethel Kellogg

| | |
|---|---|
| Dated:   Burlington, Vermont<br>          May 28, 2010 | Dated:   Denver, Colorado<br>          May 28, 2010 |
| /s/ Ross A. Feldmann<br>Robert B. Hemley, Esq.<br>Ross A. Feldmann, Esq.<br>Gravel and Shea, A Professional Corporation<br>76 St. Paul Street, 7th Floor, P. O. Box 369<br>Burlington, VT  05402-0369<br>(802) 658-0220<br>Fax: (802) 658-1456<br>rhemley@gravelshea.com<br>rfeldmann@gravelshea.com<br><br>Counsel for Defendant Wyeth | /s/ Jeff Pilkington<br>Jeff Pilkington, Esq.<br>Davis Graham & Stubbs LLP<br>1550 Seventeenth Street, Suite 500<br>Denver, Colorado 80202<br>(303) 892-9400<br>Fax: (303) 893-1379<br>jeff.pilkington@dgslaw.com<br><br>Counsel for Defendant Wyeth |
| Dated:   Burlington, Vermont<br>          May 28, 2010 | Dated:   Cleveland, Ohio<br>          May 28, 2010 |
| /s/ Stephen J. Soule<br>Stephen J. Soule, Esq.<br>Paul Frank + Collins PC<br>1 Church Street, P.O. Box 1307<br>Burlington, VT 05402-1307<br>(802) 658-2311<br>Fax: (802) 658-0042<br>ssoule@pfclaw.com<br><br>Counsel for Defendants Actavis, Inc.; Actavis-Elizabeth, LLC; Alpharma, Inc.; and Purpac Pharmaceutical Company, Inc. | /s/ Richard A. Dean<br>Richard A. Dean, Esq.<br>Tucker Ellis & West<br>925 Euclid Avenue, Suite 1150<br>Cleveland, Ohio 44115<br>(216) 696-2137<br>Fax: (216) 592-5009<br>richard.dean@tuckerellis.com<br><br>Counsel for Defendants Actavis, Inc.; Actavis-Elizabeth, LLC; Alpharma, Inc.; and Purpac Pharmaceutical Company, Inc. |

- 5 -

| | |
|---|---|
| Dated: Burlington, Vermont<br>May 28, 2010 | Dated: Cincinnati, Ohio<br>May 28, 2010 |
| */s/ John D. Monahan*<br>John D. Monahan, Jr., Esq.<br>Dinse, Knapp & McAndrew, P.C.<br>209 Battery Street, P.O. Box 988<br>Burlington, VT 05402-0190<br>(802) 864-5751<br>Fax: (802) 864-1603<br>jmonahan@dinse.com<br><br>Counsel for Defendants Barr Pharmaceuticals, Inc. and Pliva, Inc. | */s/ Thomas G. McIntosh*<br>Joseph P. Thomas, Esq.<br>Matthew V. Brammer, Esq.<br>Thomas G. McIntosh, Esq.<br>Ulmer & Berne LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>(513) 698-5000<br>Fax: (513) 698-5001<br>jthomas@ulmer.com<br>mbrammer@ulmer.com<br>tmcintosh@ulmer.com<br><br>Counsel for Defendants Barr Pharmaceuticals, Inc. and Pliva, Inc. |

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | | |
|---|---|---|
| ETHEL KELLOGG, | ) | |
| | ) | |
| Plaintiff | ) | Honorable William K. Sessions, III |
| | ) | |
| v. | ) | Docket No. 2:07-cv-00082 |
| | ) | |
| WYETH, Individually and as | ) | |
| Successor-In-Interest to A.H. ROBINS | ) | |
| COMPANY, INC. and AMERICAN HOME | ) | |
| PRODUCTS CORPORATION; SCHWARZ | ) | |
| PHARMA, INC.; ACTAVIS, INC.; | ) | |
| ACTAVIS-ELIZABETH, L.L.C.; | ) | |
| ALPHARMA, INC.; PUREPAC | ) | |
| PHARMACEUTICAL COMPANY, INC.; | ) | |
| TEVA PHARMACEUTICALS, USA, INC.; | ) | |
| BARR PHARMACEUTICALS, INC.; | ) | |
| PLIVA, INC.; and DRUG COMPANY | ) | |
| DOES 1 THROUGH 10, inclusive, | ) | |
| | ) | |
| Defendants | ) | |

CERTIFICATE OF SERVICE

    I, Ross A. Feldmann, Esq., hereby certify that a true and correct copy of the parties' Joint Motion to Amend the Discovery Schedule/Order was served on the following individuals through the CM/ECF system on May 28, 2010:

*For Plaintiff Ethel Kellogg*
Ralph Pittle, Jerome F. O'Neill, and Louis Bograd

*For Defendant Wyeth*
Jeffrey R. Pilkington

*For Defendant Schwarz Pharma, Inc.*
Henninger S. Bullock and Andrew J. Calica

*For Defendants Actavis, Inc.; Actavis-Elizabeth, LLC; Alpharma, Inc.; and Purpac Pharmaceutical Company, Inc.*
Stephen J. Soule

*For Defendant Teva Pharmaceuticals, USA, Inc.*
Matthew S. Borick, Richard A. Oetheimer and U. Gwyn Williams

*For Defendants Barr Pharmaceuticals, Inc. and Pliva, Inc.*
John D. Monahan, Matthew V. Brammer and Thomas G. McIntosh

Additionally, this Motion has been served on May 28, 2010, by first-class mail, postage prepaid, on the following individuals:

> Leslie A. Brueckner
> Trial Lawyers for Public Justice, P.C.
> 1825 K Street, N.W., Suite 200
> Washington, DC 20006

Dated:   Burlington, Vermont
         May 28, 2010

 */s/ Ross A. Feldmann*
Ross A. Feldmann, Esq.
Gravel and Shea, A Professional Corporation
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
Fax: (802) 658-1456
rfeldmann@gravelshea.com
For Defendant Wyeth